IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

GARY D. WILDER,                          :
                                         :
            Petitioner(s),               :
                                         :   Case Number: 1:07cv335
      vs.                                :
                                         :   District Judge Susan J. Dlott
OHIO ADULT PAROLE AUTHORITY,             :
                                         :
            Defendant(s).                :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Michael R. Merz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on January 15, 2008 a Report and Recommendation (Doc. 11).  Subsequently, the petitioner filed objections to such Report and Recommendation.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Petitioner's petition for writ of habeas corpus (Doc. 1) is **DISMISSED** with prejudice.  Reasonable jurists would not disagree with the conclusion reached, therefore, Petitioner is **DENIED** leave to appeal *in forma pauperis* and any requested certificate of appealability.


            IT IS SO ORDERED.




                                    ___s/Susan J. Dlott_____
                                    Susan J. Dlott
                                    United States District Judge